IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) CHRISTIAN ROMAN-VELEZ a/k/a Pablo Villanueva; Counts 1-4, 23-25, 28, 30-32, 35, 38<br>2) YARIEL VELEZ-MONTERO a/k/a Abdiel Sandoval-Santiago a/k/a Domingo Cruz a/k/a El Cano; Counts 1, 6-9, 11-15, 17-18, 20-24, 26<br>3) JULIO A. CENTENO-SANTANA; Counts 2, 27-29<br>4) WILMANUEL MATOS-SEMIDEY a/k/a Bobby; Counts 1, 10-11, 16, 19<br>5) FERNANDO RAMOS-RIOS a/k/a Tito; Counts 1, 19, 27, 30, 32<br>6) PEDRO MUÑOZ-LUGO; Counts 1, 33-36<br>**7) JAVIER AYALA-CAMACHO**; Counts 1, 10<br>8) CARMEN CARRION-DELGADO; Counts 1, 12-14, 18<br>9) HECTOR LOPEZ-VELEZ a/k/a Lopito; Counts 1, 15-16<br>10) DIAHANN DELGADO-RIVERA; Counts 1, 20-21<br>11) JAVISH GARCIA-COLON; Counts 1, 17, 22<br>12) JENNIFER RAMOS-MULERO Counts 1, 37-38<br>Defendants | CRIMINAL 11-0106CCC |

**ORDER**

Having considered the Report and Recommendation filed on November 18, 2011 (**docket entry 170**) on a Rule 11 proceeding of defendant Javier Ayala-Camacho (7) held before U.S. Magistrate Judge Marcos E. López on November 18, 2011, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Ayala-Camacho is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

CRIMINAL 11-0106CCC

      This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since November 18, 2011.  The **sentencing hearing is set for February 21, 2012 at 4:30 PM**.

      SO ORDERED.

At San Juan, Puerto Rico, on December 6, 2011.

                                                S/CARMEN CONSUELO CEREZO
                                                United States District Judge